# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGERON WENDELL STALLWORTH,<br><br>              Petitioner,<br><br>    v.<br><br>KIMBERLY A. SIEBEL, Warden,<br><br>              Respondent. | Case No. LA CV 16-2499 VBF (JCG)<br><br>**JUDGMENT** |

Pursuant to the Court's contemporaneously issued Order Adopting the United States Magistrate Judge's Report and Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action With Prejudice, and Denying a Certificate of Appealability, **final judgment is hereby entered in favor of respondent and against petitioner Algeron Wendell Stallworth**.

Dated:  Monday, June 13, 2016

*Valerie Baker Fairbank*

    HON. VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE